UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6998-GW-JCx | Date | March 19, 2024 |
|---|---|---|---|
| Title | *Guri Gonzalez v. Paul Edward Kaloostian, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 18, 2024, Plaintiff Guri Gonzalez filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for April 22, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on April 18, 2024.

                                                                                         :
                                         Initials of Preparer    JG